UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                         CASE NO.: 6:25-cr-290-CEM-DCI

NEDA JOUDEH,

    Defendant.

_____/

## NOTICE OF GOVERNMENT'S POSITION AS TO MOTION TO COMPEL DISCOVERY (Doc. 33)

Defendant, Neda Jouden, files this Notice that the Government Opposes her Motion to Compel Discovery in Support of Her Selective Prosecution claim (Doc. 33).

Dated this 7th day of July 2026.

Respectfully submitted,

/s/_____Sufia M. Khalid___
Sufia M. Khalid
Deputy Director, Nat'l Security Criminal Defense Center
Muslim Legal Fund of America
100 N. Central Expy, Suite 1010
Richardson, TX 75080
(972) 914-2507
Sufia.khalid@mlfa.org
Counsel for Defendant Neda Joudeh

# CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

/s/_____Sufia M. Khalid___
Sufia M. Khalid
Deputy Director, Nat'l Security Criminal Defense Center
Muslim Legal Fund of America
100 N. Central Expy, Suite 1010
Richardson, TX 75080
(972) 914-2507
Sufia.khalid@mlfa.org
Counsel for Defendant Neda Joudeh

2