UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No: 6:25-cr-290-CEM-DCI**

**NEDA JOUDEH**

AUSA: Patrick Flanigan

Defense Attorney: Fritz Scheller and Sufia Khalid, Retained

| JUDGE: | **CARLOS E. MENDOZA** United States District Judge | DATE AND TIME: | **July 20, 2026** 2:05 P.M. – 2:56 P.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Suzanne Trimble trimblecourtreporter@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 51 Minutes | | |

**CLERK'S MINUTES**
**MOTION HEARING RE: MOTION TO DISMISS (DOC. 32)**

Case called.   Appearances made by counsel.   Defendant appears via Zoom.

The parties provide oral argument to the Court.

Order to follow.

Court is adjourned.