CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CRIMINAL DOCKET FOR CASE #: 1:25-mj-01090-SH-1

Case title: USA v. Joudeh                    Date Filed: 11/17/2025

Other court case number: 6:25CR00290 MD/FL, Orlanda        Date Terminated: 11/17/2025

Assigned to: Judge Susan Hightower

**Defendant (1)**

| | | |
|---|---|---|
| **Neda Joudeh**<br>*TERMINATED: 11/17/2025* | represented by | **Sufia M. Khalid**<br>Constitutional Law Center For Muslims in America<br>100 N. Central Expy., Suite 1010<br>Richardson, TX 75080<br>972-914-2507<br>Email: sufiamkhalid@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:875C.F Transmission of Interstate Threat to Injure | |

**Plaintiff**

**USA**                  represented by **Douglas W. Gardner**
United States Attorney's Office
903 San Jacinto Blvd.
Suite 334
Austin, TX 78701
(512) 916-5858
Fax: 512/916-5854
Email: douglas.gardner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2025 | 1 | Arrest (Rule 5/Rule 32.1) of Neda Joudeh (sc) (Entered: 11/17/2025) |
| 11/17/2025 | 2 | NOTICE OF ATTORNEY APPEARANCE: Sufia M. Khalid appearing for Neda Joudeh (knf) (Entered: 11/17/2025) |
| 11/17/2025 | 3 | Minute Entry for proceedings held before Judge Susan Hightower: Initial Appearance in Rule 5 Proceedings as to Neda Joudeh held on 11/17/2025 (Minute entry documents are not available electronically.), Interpreter NOT required. (Court Reporter FTR Austin.) (mlg) (Entered: 11/17/2025) |
| 11/17/2025 | 4 | Report of Rule 5 Proceedings and Order Releasing the Defendant from custody as to Neda Joudeh. Signed by Judge Susan Hightower. (mlg) (Entered: 11/17/2025) |
| 11/17/2025 | 5 | ORDER Setting Conditions of Release as to Neda Joudeh.. Signed by Judge Susan Hightower. (mlg) (Entered: 11/17/2025) |
| 11/17/2025 | 6 | Notice to MD/FL - Orlando of a Rule 5 Hearing as to Neda Joudeh. Your case number is: 6:25-CR-290. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to TXWD_ECF_help@txwd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (mlg) (Entered: 11/17/2025) |

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

**FILED**

**NOV 17 2025**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Neda Joudeh | )  Case No.  1:25-mj-1090 |
| | ) |
| _____ | ) |
| *Defendant* | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:    U.S. Courthouse for the Middle District of Florida
_____
*Place*
401 West Central Boulevard, Room 1400 Orlando, FL 32801                 ⊞

on _____ 12/4/2025 at 10a.m. _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 10/20) Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____ _____
*Custodian* *Date*

(✓) (7) The defendant must:

   (✓) (a) submit to supervision by and report for supervision to the Pretrial Services Office _____ ,
       telephone number   512-916-5297   , no later than  as directed _____ .

   (✓) (b) continue or actively seek employment.

   ( ) (c) continue or start an education program.

   (✓) (d) surrender any passport to:   U.S Pretrial Services

   (✓) (e) not obtain a passport or other international travel document.

   (✓) (f) abide by the following restrictions on personal association, residence, or travel:   Travel restricted to Travis and surrounding counties
       unless otherwise approved by the Court or U.S. Pretrial Services. May travel to MD/FL for court related matters. *may travel to Chicago for*

   (✓) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, *medical care*
       including:   victims/witnesses/co-defendants

   ( ) (h) get medical or psychiatric treatment: _____

   ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
       or the following purposes: _____

   ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
       necessary.

   (✓) (k) not possess a firearm, destructive device, or other weapon.

   ( ) (l) not use alcohol ( ) at all ( ) excessively.

   (✓) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
       medical practitioner.

   ( ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with
       random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of
       prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy
       of prohibited substance screening or testing.

   ( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
       supervising officer.

   ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.

      ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____ , or ( ) as
         directed by the pretrial services office or supervising officer; or

      ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services;
         medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
         activities approved in advance by the pretrial services office or supervising officer; or

      ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
         court appearances or other activities specifically approved by the court; or

      ( ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However,
         you must comply with the location or travel restrictions as imposed by the court.
         **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

   ( ) (q) submit to the following location monitoring technology and comply with its requirements as directed:

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (i)   Location monitoring technology as directed by the pretrial services or supervising officer; or
( ☐ ) (ii)   Voice Recognition; or
( ☐ ) (iii)   Radio Frequency; or
( ☐ ) (iv)   GPS.

( ☐ ) (r)   pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s)   report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t) _____

AO 199C (Rev. 09/08) Advice of Penalties                                    Page __4__ of __4__ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Austin, Texas
_____
*City and State*

## Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released.

( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____11/17/2025_____          _____
                                          *Judicial Officer's Signature*

Honorable Susan Hightower, U.S. Magistrate Judge
_____
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

FILED

NOV 17 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ KK
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | NO:  AU:25-M -01090(1) |
| | § | *Original Case Number*: |
| vs. | § | *6:25-CR-290* |
| | § | *Original District/Division:* |
| (1) Neda Joudeh | § | *MD/Florida - Orlando* |

## REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1
## AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with the offense **18 USC 875c.** Having been arrested in this district on a warrant issued on that/those charge(s), he/she appeared before me for proceedings as follows:

---

**Rule 5(c)(3)**   **Transfer**

☐   The government has produced a copy of the warrant, and

☑   The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:

　　☑   The defendant waived identity hearing.

　　☐   An identity hearing was conducted, and the defendant's identity was established.

☐   The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information, or warrant.

---

**Rule 5.1:**   **Preliminary Hearing**

☑   No preliminary hearing is necessary because the defendant is charged by indictment.

☐   The defendant waived a preliminary hearing.

☐   The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☐      The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

         ☐      There is probable cause to believe that the defendant committed the offense(s) charged.

         ☐      There is **NOT** probable cause to believe that the defendant committed the offense(s) charged.

---

**Rule 5(d)(3)**    **Detention Hearing**

☑      No detention hearing is necessary because the government did not move to detain the defendant.

☐      The defendant waived a detention hearing.

☐      The defendant elected to have a detention hearing in the district where the prosecution is pending.

☐      The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

         ☐      The defendant should be detained.

         ☐      The defendant should be released on bond.

---

### ORDER ENTERED ON THE FOREGOING REPORT

TO: UNITED STATES MARSHAL

☐      You are commanded to transfer the above-named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

☑      It is ORDERED that this defendant be released from custody on bond pending further proceedings.

☐      It is ORDERED that this defendant be discharged.

DATE: November 17, 2025.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE